IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ENERGY FUTURE COALITION, *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>        Defendants. | Civil Action No. 15-1987 (CKK) |

**OMB'S STATUS REPORT**

Pursuant to this Court's Order dated March 1, 2016, Defendants Office of Management and Budget and Office of Information and Regulatory Affairs (collectively, "OMB"), hereby file their Status Report as follows:

1. OMB shall review 500 documents per month and produce any responsive documents each month until it has produced all responsive documents that it has gathered. The first production will occur 30 days after the date of this filing, and each subsequent production will occur on the last business day of each month. OMB estimates that there will be approximately 4,900 emails to be reviewed. This estimate does not include attachments to those emails.

2. OMB will exclude attachments to emails from the search for responsive documents, without prejudice to Plaintiffs' right to receive the responsive attachments, subject to applicable FOIA exemptions, upon request following Plaintiffs' review of the email(s) to which they were attached.

3. In the event that Plaintiffs request that OMB provide a *Vaughn* Index for any documents produced prior to OMB completing production of all responsive documents, OMB shall provide Plaintiffs with a *Vaughn* Index within a reasonable period of time, not more than 60 days, following such request.

4. OMB is a small Agency with a limited FOIA staff and has based the 500 document number on its restraints in resources.

Respectfully submitted,

Channing D. Phillips,
D.C. Bar #415793
United States Attorney
District of Columbia

Daniel F. Van Horn
D.C. Bar #924092
Chief, Civil Division

By:   */s/ Heather Graham-Oliver*
Heather Graham-Oliver
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2520 (phone)
(202) 252-2599 (fax)
Heather.graham-oliver@usdoj.gov